# **RETURN OF SERVICE**
## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 8:25-CV-656-SDM-CPT

Plaintiff: **JAY COLEMAN CONNOR**
vs.
Defendant: **LIVECARE, INC.**


CPN2025010576

For:
AVI R. KAUFMAN
KAUFMAN P.A.
237 S DIXIE HWY
4TH FLOOR
CORAL GABLES, FL 33133

Received by Caplan, Caplan & Caplan Process Serving on the 19th day of March, 2025 at 5:11 pm to be served on **LIVECARE, INC. C/O MAX ROCKWELL, 1500 E. VENICE AVE., UNIT 411, VENICE, FL 34292**

I, Juan C. Cabo, CPS#7041, do hereby affirm that on the **21st day of March, 2025** at **10:24 am, I:**

served a **CORPORATION** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, LETTER, ORDER REFERRING CASE TO U.S. MAGISTRATE JUDGE FOR CONSIDERATION OF THE INEXPENSIVE DETERMINATION, EFFICIENT, AND ABBREVIATED LITIGATION (IDEAL) PROGRAM, INEXPENSIVE DETERMINATION, EFFICIENT, AND ABBREVIATED LITIGATION (IDEAL) PROGRAM PROCEDURES AND STIPULATED CONSENT TO IDEAL PROGRAM AND TO MAGISTRATE JUDGE AUTHORITY** with the date and hour of service endorsed thereon by me, to: **Debra Wilkey** as **Office Manager** at the address of: **1500 E. VENICE AVE., UNIT 411, VENICE, FL 34292**, who stated they are authorized to accept service for **LIVECARE, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 150, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and served the documents in accordance with state statutes. I declare under penalty of perjury that this information is true and correct.

**Juan C. Cabo, CPS#7041**
CPS#7041

**Caplan, Caplan & Caplan Process Serving**
351 SW 136th Avenue
Suite 207
David, FL 33325
**(954) 462-1800**

Our Job Serial Number: CPN-2025010576

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a